**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.11-cr-00162-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  SCOTT EDWIN TAYLOR,

      Defendant.

---

**MINUTE ORDER**[1]

---

On June 16, 2011, the court conducted a telephonic setting conference to set this matter for a jury trial and a Trial Preparation Conference to be conducted in Durango, Colorado. After conferring with the parties, and with their consent,

**IT IS ORDERED** as follows:

1. That jury selection **SHALL COMMENCE August 15, 2011**, at 8:30 a.m., at the La Plata County Courthouse, 1060 E. 2nd Ave., 2nd Floor, in the courtroom for Division 1, Durango, Colorado, at which counsel **SHALL APPEAR** at 8:00 a.m.;

2. That following jury selection, all additional trial proceedings **SHALL BE CONDUCTED** in the courtroom used by the United States District Court for the District of Colorado located at 103 Sheppard Drive, Durango, Colorado;

3. That the **Trial Preparation Conference** shall be held on **August 12, 2011**, at 3:00 p.m., at which the government, defendant, and defense counsel may appear and participate by video teleconferencing from Durango, Colorado; and

4. That the **Trial Preparation Conference** [#12] entered May 2, 2011, is amended accordingly.

Dated:  June 16, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.