IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal No. 11-CR-00162-REB

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. SCOTT EDWIN TAYLOR,

Defendant.

**MINUTE ORDER RESCHEDULING DETENTION AND PRELIMINARY HEARING ON VIOLATION OF SUPERVISED RELEASE**

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Counsel for the Defendant advised that he has a trial set for September 29, 2011 and will not be available for the Detention and Preliminary Hearing scheduled for that date, therefore:

**IT IS HEREBY ORDERED** that the Detention and Preliminary Hearing is **RESCHEDULED for October 4, 2011 at 4:00 p.m.** before the Magistrate Judge in Durango, Colorado.

**DATED: September 26, 2011.**

BY THE COURT:

s/David L. West
**United States Magistrate Judge**

1