**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No.  11-CR-00162-REB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. SCOTT EDWIN TAYLOR,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

     **IT IS HEREBY ORDERED** that the Review Hearing to see how the Defendant is doing on bond and at Peaceful Spirits is **RESCHEDULED to June 15, 2012 at 3:00 p.m.** before the Magistrate Judge in Durango, Colorado.

**DATED: June 12, 2012.**

                          **BY THE COURT:**

                          **s/David L. West**
                          **United States Magistrate Judge**